**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| ALBERT DOUGLAS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 3:17-cv-00301 (REP) |
| ) | |
| LEXISNEXIS RISK SOLUTIONS FL, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SETTLEMENT**

Plaintiff and the Defendant LexisNexis Risk Solutions FL, Inc. ("LexisNexis"), hereby

notify the Court that the parties have resolved the claims in this matter. A dismissal order with

prejudice will be tendered to the Court after the parties execute the necessary paperwork.

Respectfully Submitted,
**ALBERT DOUGLAS**

By: /s/ Kristi C. Kelly
Counsel

Kristi Cahoon Kelly, Esq. (VSB # 72791)
Andrew J. Guzzo, Esq. (VSB # 82170)
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia  22030
(703) 424-7572 (Telephone)
(703) 591-0167 (Facsimile)
kkelly@kellyandcrandall.com
aguzzo@kellyandcrandall.com
*Counsel for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th of July, 2017, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF System which will then send a notification of such filing

(NEF) to all counsel of record.

_____/s/_____

Kristi Cahoon Kelly, Esq., VSB #72791
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Phone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com
*Counsel for Plaintiff*
