IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| ALBERT DOUGLAS, *individually and on behalf* all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>LEXISNEXIS RISK SOLUTIONS FL INC.,<br><br>                Defendant. | Case No. 3:17-cv-301 (REP) |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff ALBERT DOUGLAS, and the Defendant, LEXISNEXIS RISK SOLUTIONS FL INC., by counsel, and hereby move the Court to dismiss with prejudice all claims against LEXISNEXIS RISK SOLUTIONS FL INC., in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against LEXISNEXIS RISK SOLUTIONS FL INC. is DISMISSED with prejudice.

Entered this __25th__ day of July, 2017.

                                              /s/ REP
                                      The Hon. Robert E. Payne
                                      United States District Judge

WE ASK FOR THIS:

*[signature]*

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7570 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com
*Counsel for Plaintiff*

*[signature]*

David N. Anthony, VSB #31696
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com
*Counsel for LexisNexis Risk & Analytics Solutions, Inc.*